No. 216. UNITED STATES *v.* NEWMARKET MANUFAC-TURING Co. On petition for writ of certiorari to the United States Court of Appeals for the First Circuit. The motion for leave to file supplement to brief for respondent in opposition is granted. *Louis Eisenstein* for movant.

No. 401. CITY OF DETROIT ET AL. *v.* MURRAY CORPORA-TION OF AMERICA ET AL. Appeal from the United States Court of Appeals for the Sixth Circuit. Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits. *G. Edwin Slater* for the City of Detroit, and *Philip A. McHugh* and *Albert E. Champney* for Wayne County, Michigan, appellants. *Solicitor General Rankin, Assistant Attorney General Rice, Hilbert P. Zarky* and *Lyle M. Turner* for the United States, and *Victor W. Klein* for the Murray Corporation of America, appellees. *Walter J. Mattison* and *Harry G. Slater* filed a brief for the City of Milwaukee, as *amicus curiae,* supporting appellants.

No. 201. HOOK & ACKERMAN, INC., *v.* HOOK, EXECU-TRIX, ET AL. The motion to dismiss petition for writ of certiorari of counsel for John A. McCance, Receiver for Hook & Ackerman, Inc., is denied. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. *Harry Price* for petitioner. *William B. Jaspert* for movant and for Hook & Miller, respondent.

No. 361, Misc. McCARTER *v.* RANDOLPH, WARDEN, ET AL. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied and motion for leave to file petition for writ of habeas corpus denied.

No. 359, Misc. EAGLE *v.* CHERNEY ET AL. Motion for leave to file further petition for writ of certiorari denied.